# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:05CV449-3-V
## 3:03CR35-1-V

| | |
|---|---|
| ERIC LAMAR WASHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATED OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed October 25, 2005.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the filing of this Order, the United States Attorney shall file an Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, detailing Petitioner's allegations and responding to each.

**Signed: October 27, 2005**

Richard L. Voorhees
United States District Judge