# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eric Lamar Washington,

        Plaintiff(s),

vs.

United States of America,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv449-3 & 3:03cr35-1

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/07 Order.

Signed: June 11, 2007

Frank G. Johns, Clerk
United States District Court