UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00035-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ERIC LAMAR WASHINGTON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Early Termination of Supervised Release (#106). While defendant states that he has successfully completed several years of supervised release, the court has no evidence before it that would support that assertion. Indeed, the defendant does not inform the court of the name of the supervising officer. For that reason, the court will not reach the merits of a request for early termination unless it is accompanied by a statement from defendant's supervising officer that defendant has in fact successfully completed at least one year of supervision and that he is a suitable candidate for early termination.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Early Termination of Supervised Release (#106) is **DENIED WITHOUT PREJUDICE**.

Signed: September 5, 2017



Max O. Cogburn Jr.
United States District Judge